UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICAH WILLBRAND, )<br>) Civil Action No. 06-1628 (RMC)<br>and )<br>)<br>GB GROUP PLC )<br>)<br>Defendants. )<br>) | |

## CONSENT MOTION FOR ENLARGMENT OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Micah Willbrand and GB Group PLC hereby move for an enlargement of time, until and through November 20, 2006, for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint.

On July 28, 2006, Plaintiff filed, but did not serve on Defendants, its Complaint. On August 24, 2006, Plaintiff filed, but did not serve on Defendants, its Amended Complaint. On September 18, 2006, Plaintiff's counsel contacted Defendants' counsel and asked if Defendants' counsel would accept service on behalf of both Defendants. On September 19, 2006, Defendants' counsel accepted service of Plaintiff's Amended Complaint on behalf of both Defendants. In exchange, Plaintiff agreed that Defendants would have 60 days from September 19, 2006, to answer or otherwise respond to the Amended Complaint.

Pursuant to Local Rule 7.1(m), undersigned counsel spoke via telephone with counsel for Plaintiff, J. Blair Richardson, who indicated via email that Plaintiff consents to the enlargement of time sought herein.

For the foregoing reasons, the consent motion for enlargement of time, until and through November 20, 2006, for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint should be granted.

                        Respectfully Submitted,

                        WILLIAMS & CONNOLLY LLP

                        */s/*

                        Bruce R. Genderson (D.C. Bar No. 961367)
                        Vidya Atre Mirmira (D.C. Bar No. 477757)
                        725 Twelfth Street, N.W.
                        Washington, D.C. 20005
                        (202) 434-5000
                        (202) 434-5029 (fax)

Dated: September 27, 2006          *Counsel for Defendants Micah Willbrand and GB Group PLC.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MICAH WILLBRAND, ) | |
| ) Civil Action No. 06-1628 (RMC) | |
| and ) | |
| ) | |
| GB GROUP PLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This case is before the Court upon a Consent Motion for Enlargement of Time, requesting until and through November 20, 2006, for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint. The Court, having considered this Consent Motion,

HEREBY ORDERS THAT:

1. The consent motion is GRANTED.

2. Defendants shall have until and through November 20, 2006 to answer or otherwise respond to Plaintiff's Amended Complaint.

So ORDERED this _____ day of _____, 2006.

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 27, 2006 copies of the foregoing Consent Motion for Enlargement of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Amended Complaint and proposed Order were served via electronic filing and via first-class United States mail, postage pre-paid, upon counsel for Plaintiff:

      J. Blair Richardson, Esq.
      7440 Chummley Court
      Falls Church, VA 22043

                                              Vidya Atre Mirmira