UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC.,        )<br>                                                                )<br>                          Plaintiff,         )<br>       v.                                                     )<br>                                                                )<br>MICAH WILLBRAND,                           )<br>                                                                ) Civil Action No. 06-1628 (RMC)<br>       and                                                  )<br>                                                                )<br>GB GROUP PLC                                  )<br>                                                                )<br>                          Defendants.      )<br>                                                                ) | |

## CONSENT MOTION FOR ENLARGMENT OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Micah Willbrand and GB Group PLC hereby move for an enlargement of time, until and through December 15, 2006, for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint. Plaintiff has consented to this enlargement of time.

Defendants' response to Plaintiff's Amended Complaint is currently due on November 20, 2006. Counsel for Plaintiff and counsel for Defendants will be meeting on December 1, 2006 to attempt to resolve the underlying dispute. Thus, all parties would like to continue the response date to two weeks after the meeting, such that Defendants have until and through December 15, 2006 to answer or otherwise respond to the Amended Complaint.

Pursuant to Local Rule 7.1(m), undersigned counsel spoke via telephone and exchanged emails with counsel for Plaintiff, who stated that Plaintiff consents to the enlargement of time sought herein.

For the foregoing reasons, this consent motion for enlargement of time, until and through December 15, 2006, for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint should be granted.

                                            Respectfully Submitted,

                                            WILLIAMS & CONNOLLY LLP

                                            */s/ Vidya Atre Mirmira*
                                            Bruce R. Genderson (D.C. Bar No. 961367)
                                            Vidya Atre Mirmira (D.C. Bar No. 477757)
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            (202) 434-5000
                                            (202) 434-5029 (fax)

Dated: November 13, 2006                 *Counsel for Defendants Micah Willbrand and GB Group PLC.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 13, 2006 copies of the foregoing Consent Motion for Enlargement of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Amended Complaint and proposed Order were served upon counsel for Plaintiff:

*Via Electronic Filing and Electronic Mail:*

J. Blair Richardson, Esq.
7440 Chummley Court
Falls Church, VA 22043
blair.richardson@aristotle.com

*Via Electronic Mail:*

David U. Fierst, Esq.
Stein, Mitchell & Mezines LLP
1100 Connecticut Avenue, NW
Washington, DC 20036
dfierst@steinmitchell.com

                                                          */s/ Vidya Atre Mirmira*
                                                        Vidya Atre Mirmira