UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| MICAH WILLBRAND, | ) Civil Action No. 06-1628 (RMC) |
| and | ) |
| GB GROUP PLC | ) |
| Defendants. | ) |

## ORDER

This case is before the Court upon a Consent Motion for Enlargement of Time, requesting until and through December 15, 2006, for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint. The Court, having considered this Consent Motion,

HEREBY ORDERS THAT:

1. The consent motion is GRANTED.

2. Defendants shall have until and through December 15, 2006 to answer or otherwise respond to Plaintiff's Amended Complaint.

So ORDERED this _____ day of _____, 2006.

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE