**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICAH WILLBRAND )<br>)<br>and )<br>)<br>GB GROUP PLC )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1628 (RMC) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Aristotle International, Inc. hereby dismisses all claims against defendants Micah Willbrand and GB Group PLC.  The dismissal is pursuant to F.R.Civ.P. 41(a)(1) and is WITHOUT PREJUDICE.  No defendant has served an answer or motion for summary judgment.

Respectfully submitted,

_____/s/_____
J. Blair Richardson  (D.C. Bar No. 385482)
7440 Chummley Court
Falls Church, VA 22043
(703) 846-0078
(703) 846-0576 (fax)

Dated: December 5, 2006            *Counsel for Plaintiff Aristotle International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2006, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served via electronic filing on the following:

Bruce R. Genderson, Esq.
Vidya Atre Mirmira, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

*Counsel for Defendants Micah Willbrand and GB Group PLC.*


_____/s/_____
J. Blair Richardson